# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | Case Number: 8:14CB9 |
| vs. | Violation Number: 0984046 NE55 |
| **JACOB M. McCRARY,** | ORDER |
| Defendant. | |

The Motion to Dismiss (Filing No. 13) of the United States Attorney's Office is granted. The above-referenced matter is hereby dismissed without prejudice.

**ORDERED** this 9th day of October, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge